**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | | **Orr** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | First Name | Middle Name | Last Name |
| (Spouse, if filing) | | | |
| United States Bankruptcy Court for the: | | | **Middle District of Florida** |
| Case number | 6:17-bk-07290 | | |

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1 **1901 W Cypress St**
Street address, if available, or other description

**Tampa, FL 33606-1017**
City                State        ZIP Code

**Hillsborough**
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$80,000.00**
Current value of the portion you own? **$80,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................... →   **$80,000.00**

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1 Make: | **Audi** | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Model: | **Q7** | ☑ Debtor 1 only | |
| Year: | **2010** | ☐ Debtor 2 only | |
| | | ☐ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | **198000** | ☐ At least one of the debtors and another | |

Other information:

☐ **Check if this is community property** (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $8,200.00 | $8,200.00 |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................................................   →   $8,200.00

## Part 3:    Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**
    *Examples:*   Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe........    | Cookware, tableware, utensils, livingroom set, bedroom set, bedding, desk/chair, pictures, lamps, books |    $650.00

7.  **Electronics**
    *Examples:*   Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe........    | TV, computer, printer, cell phone, DVD player |    $450.00

8.  **Collectibles of value**
    *Examples:*   Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe........

9. **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe........

_____

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe........

_____

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe........    Clothing and shoes

$200.00

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe........    3 watches

$750.00

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe........

_____

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Describe........

_____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**.................................................................➔

$2,050.00

| Part 4: | Describe Your Financial Assets |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes.......................................................................................... Cash..............

_____

Case 6:17-bk-07290-CCJ    Doc 10    Filed 12/19/17    Page 4 of 42

17. **Deposits of money**

Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes.................

|  | Institution name: |  |
|---|---|---|
| 17.1. Checking account: | **SunTrust ending in *7596** | $0.00 |
| 17.2. Checking account: | | |
| 17.3. Savings account: | | |
| 17.4. Savings account: | | |
| 17.5. Certificates of deposit: | | |
| 17.6. Other financial account: | | |
| 17.7. Other financial account: | | |
| 17.8. Other financial account: | | |
| 17.9. Other financial account: | | |

18. **Bonds, mutual funds, or publicly traded stocks**

Examples: Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes.................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them...................

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them...................

21. **Retirement or pension accounts**

Examples: Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately.

Case 6:17-bk-07290-CCJ  Doc 10  Filed 12/19/17  Page 5 of 42

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes.....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them.... _____  _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them.... _____  _____

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them.... _____  _____

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

Federal: _____
State: _____
Local: _____

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information..........

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

Case 6:17-bk-07290-CCJ    Doc 10    Filed 12/19/17    Page 6 of 42

30. **Other amounts someone owes you**

*Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social
Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information.......... [ ]    _____

31. **Interests in insurance policies**

*Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes.  Name the insurance company
of each policy and list its value....

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property
because someone has died.

☑ No
☐ Yes.  Give specific information.......... [ ]    _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each claim................ [ ]    _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights
to set off claims**

☑ No
☐ Yes.  Describe each claim................ [ ]    _____

35. **Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information.......... [ ]    _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
for Part 4. Write that number here**...................................................................................➔ | $0.00 |

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
☑ No. Go to Part 6.
☐ Yes. Go to line 38.

Case 6:17-bk-07290-CCJ    Doc 10    Filed 12/19/17    Page 7 of 42

38.  **Accounts receivable or commissions you already earned**

☐ No
☐ Yes. Describe........

39.  **Office equipment, furnishings, and supplies**

*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☐ Yes. Describe........

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☐ Yes. Describe........

41.  **Inventory**

☐ No
☐ Yes. Describe........

42.  **Interests in partnerships or joint ventures**

☐ No
☐ Yes. Describe........

Name of entity:                                    % of ownership:

_____    _____%

_____    _____%

_____    _____%

43.  **Customer lists, mailing lists, or other compilations**

☐ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

      ☐ No
      ☐ Yes. Describe........

44.  **Any business-related property you did not already list**

☐ No
☐ Yes. Give specific
      information........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**................................................................................ →

---

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

47. **Farm animals**

*Examples:*   Livestock, poultry, farm-raised fish

☐ No
☐ Yes.....................

48. **Crops—either growing or harvested**

☐ No
☐ Yes. Give specific information.............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes.....................

50. **Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes.....................

51. **Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes. Give specific information.............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**................................................................................ →

---

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

**53.**    **Do you have other property of any kind you did not already list?**

*Examples:*    Season tickets, country club membership

☑ No

☐ Yes. Give specific
     information.............

_____

_____

_____

**54.**    **Add the dollar value of all of your entries from Part 7. Write that number here**........................................ ➜    **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

**55.**    **Part 1: Total real estate, line 2**........................................................................................ ➜    **$80,000.00**

**56.**    **Part 2: Total vehicles, line 5**      **$8,200.00**

**57.**    **Part 3: Total personal and household items, line 15**      **$2,050.00**

**58.**    **Part 4: Total financial assets, line 36**      **$0.00**

**59.**    **Part 5: Total business-related property, line 45**      **$0.00**

**60.**    **Part 6: Total farm- and fishing-related property, line 52**      **$0.00**

**61.**    **Part 7: Total other property not listed, line 54**    +      **$0.00**

**62.**    **Total personal property.** Add lines 56 through 61..............    **$10,250.00**    Copy personal property total ➜    +    **$10,250.00**

**63.**    **Total of all property on Schedule A/B.** Add line 55 + line 62...................................................................................    **$90,250.00**

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Eric** | **Orr** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Middle District of Florida** |
| Case number | 6:17-bk-07290 | |
| (if known) | | |

☑ Check if this is an
amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on Schedule A/B that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2010 Audi Q7<br><br>Line from *Schedule A/B*: 3.1 | $8,200.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(1) |
| Brief description: Cookware, tableware, utensils, livingroom set, bedroom set, bedding, desk/chair, pictures, lamps, books<br><br>Line from *Schedule A/B*: 6 | $650.00 | ☑ $650.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   　☐ No

   　☐ Yes

| **Part 2:** | Additional Page | | |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own <br><br> Copy the value from *Schedule A/B* | Amount of the exemption you claim <br><br> *Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: TV, computer, printer, cell phone, DVD player <br><br> Line from *Schedule A/B:* 7 | $450.00 | ☑ $450.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| Brief description: Clothing and shoes <br><br> Line from *Schedule A/B:* 11 | $200.00 | ☑ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| Brief description: 3 watches <br><br> Line from *Schedule A/B:* 12 | $750.00 | ☑ $750.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| Brief description: SunTrust ending in *7596 Checking account <br><br> Line from *Schedule A/B:* 17 | $0.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| | | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.21(1) |

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Eric** | **Orr** |
| | First Name    Middle Name | Last Name |
| Debtor 2 | First Name    Middle Name | Last Name |
| (Spouse, if filing) | | |
| United States Bankruptcy Court for the: | | **Middle District of Florida** |
| Case number | 6:17-bk-07290 | |
| (if known) | | |

☑ Check if this is an amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | |
|---|---|

**Wilson, Secily**
Priority Creditor's Name

**115 Sophia Marie Cv**
Number        Street

**Sanford, FL 32771-7719**
City                State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☑ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Total claim:** unknown    **Priority amount:** unknown    **Nonpriority amount:** unknown

**Part 2:** List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.1**  Aarons Sales & Lease
Nonpriority Creditor's Name

**Attn: Bankruptcy**

309 E Paces Ferry Rd NE
Number    Street

Atlanta, GA 30305
City    State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  0599

**When was the debt incurred?**   08/01/2010

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**Total claim: $0.00**

---

**4.2**  Wells Fargo Dealer Services
Nonpriority Creditor's Name

**Attn: Bankruptcy**

PO Box 19657
Number    Street

Irvine, CA 92623-9657
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  6961

**When was the debt incurred?**   04/01/2014

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**$18,175.00**

---

**4.2**  Bowman, Jeremy
Nonpriority Creditor's Name

175 E Main St Ste 111
Number    Street

Apopka, FL 32703-3213
City    State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

**When was the debt incurred?**   03/10/2016

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**$42,619.81**

| Debtor 1 | **Eric** | | **Orr** | Case number *(if known)* **6:17-bk-07290** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 2:    Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.3**    Citibank/The Home Depot                                                **$846.00**
Nonpriority Creditor's Name

Citicorp Cr Srvs/Centralized Bankruptcy

PO Box 790040
Number        Street

St Louis, MO 63129
City                State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  1555

When was the debt incurred?    05/01/2008

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

---

**4.4**    Citibank/The Home Depot                                                **$0.00**
Nonpriority Creditor's Name

Citicorp Cr Srvs/Centralized Bankruptcy

PO Box 790040
Number        Street

St Louis, MO 63129
City                State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  9895

When was the debt incurred?    05/01/2005

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

---

**4.5**    Citifinancial                                                          **$0.00**
Nonpriority Creditor's Name

Attn: Bankruptcy

605 Munn Dr
Number        Street

Fort Mill, SC 29715-0919
City                State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6084

When was the debt incurred?    11/20/2006

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

---

| Debtor 1 | **Eric** | | **Orr** | | Case number *(if known)* | **6:17-bk-07290** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2:   Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.6**

**Comenity Bank/Bealls Florida**
Nonpriority Creditor's Name

**PO Box 182125**
Number        Street

**Columbus, OH 43218**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **0044**

**When was the debt incurred?**      **08/01/2009**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**$0.00**

---

**4.7**

**Fox Collection Center**
Nonpriority Creditor's Name

**PO Box 528**
Number        Street

**Goodlettsvile, TN 37070**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **4443**

**When was the debt incurred?**      **12/01/2012**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**$101.00**

---

**4.8**

**Internal Revenue Service**
Nonpriority Creditor's Name

**Po Box 7346**
Number        Street

**Philadelphia, PA 19101-7346**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  _____

**When was the debt incurred?**      **12/31/2013**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Income Tax**

**$5,632.99**

---

Debtor 1    **Eric**                                    **Orr**                    Case number *(if known)*  **6:17-bk-07290**

First Name        Middle Name            Last Name

---

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.    **Total claim**

---

**4.9**  | **Jacksonville Federal Credit Union**
Nonpriority Creditor's Name

**562 Park St**
Number       Street

**Jacksonville, FL 32204**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **9341**                        **$0.00**

**When was the debt incurred?**    **10/01/1996**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

---

**4.10**  | **Jacksonville Federal Credit Union**
Nonpriority Creditor's Name

**562 Park St**
Number       Street

**Jacksonville, FL 32204**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **6667**                        **$0.00**

**When was the debt incurred?**    **10/29/1996**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

---

**4.11**  | **Jacksonville Federal Credit Union**
Nonpriority Creditor's Name

**562 Park St**
Number       Street

**Jacksonville, FL 32204**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **0003**                        **$5,342.00**

**When was the debt incurred?**    **04/01/2013**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

---

Debtor 1    **Eric**                    **Orr**
            First Name    Middle Name    Last Name

Case number *(if known)* **6:17-bk-07290**

---

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.12**

**Jacksonville Federal Credit Union**
Nonpriority Creditor's Name

**562 Park St**
Number    Street

**Jacksonville, FL 32204**
City          State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **0002**

**When was the debt incurred?**    **11/01/2002**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

**$0.00**

---

**4.13**

**Jacksonville Federal Credit Union**
Nonpriority Creditor's Name

**562 Park St**
Number    Street

**Jacksonville, FL 32204**
City          State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **0002**

**When was the debt incurred?**    **07/01/1991**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

**$190.00**

---

**4.14**

**Leroys Jewelers**
Nonpriority Creditor's Name

**Sterling Jewelers, Inc/Attn: Bankruptcy Dept**

**PO Box 1799**
Number    Street

**Akron, OH 44309**
City          State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **3213**

**When was the debt incurred?**    **04/05/1997**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

**$0.00**

---

| Debtor 1 | **Eric** | | **Orr** | Case number *(if known)* **6:17-bk-07290** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.15**

**Midflorida Credit Union**
Nonpriority Creditor's Name

**129 S Kentucky Ave Ste 4**
Number        Street

**Lakeland, FL 33801**
City                State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number  1942**
**When was the debt incurred?**        **05/01/2008**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

**$0.00**

---

**4.16**

**Midflorida Credit Union**
Nonpriority Creditor's Name

**129 S Kentucky Ave Ste 4**
Number        Street

**Lakeland, FL 33801**
City                State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number  0002**
**When was the debt incurred?**        **05/01/2008**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

**$0.00**

---

**4.17**

**Midflorida Credit Union**
Nonpriority Creditor's Name

**129 S Kentucky Ave Ste 4**
Number        Street

**Lakeland, FL 33801**
City                State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number  1901**
**When was the debt incurred?**        **09/01/2008**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

**$0.00**

---

| Debtor 1 | **Eric** | | **Orr** | | Case number *(if known)* | **6:17-bk-07290** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.18**

**Midflorida Credit Union**
Nonpriority Creditor's Name

**129 S Kentucky Ave Ste 4**
Number          Street

**Lakeland, FL 33801**
City                          State       ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number  1941**

**When was the debt incurred?**      **09/01/2008**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

**($1.00)**

---

**4.19**

**Midflorida Credit Union**
Nonpriority Creditor's Name

**129 S Kentucky Ave Ste 4**
Number          Street

**Lakeland, FL 33801**
City                          State       ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number  1941**

**When was the debt incurred?**      **09/01/2007**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

**$0.00**

---

**4.20**

**Midland Funding**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 939069**
Number          Street

**San Diego, CA 92193**
City                          State       ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number  8861**

**When was the debt incurred?**      **09/01/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

**$7,142.00**

---

Debtor 1    **Eric**                              **Orr**                    Case number *(if known)* **6:17-bk-07290**
          First Name      Middle Name      Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.          **Total claim**

---

**4.21**    Onemain Financial                                    Last 4 digits of account number  **5252**                    **$0.00**
          Nonpriority Creditor's Name                          **When was the debt incurred?**    **10/01/2013**

          **Attn: Bankruptcy**                                 **As of the date you file, the claim is:** Check all that apply.

          **PO Box 3251**                                      ☐ Contingent
          Number        Street                                 ☐ Unliquidated
          **Evansville, IN 47731**                             ☐ Disputed
          City            State    ZIP Code

          **Who incurred the debt?** Check one.                **Type of NONPRIORITY unsecured claim:**

          ☑ Debtor 1 only                                      ☐ Student loans
          ☐ Debtor 2 only                                      ☐ Obligations arising out of a separation agreement or
          ☐ Debtor 1 and Debtor 2 only                             divorce that you did not report as priority claims
          ☐ At least one of the debtors and another           ☐ Debts to pension or profit-sharing plans, and other
          ☐ **Check if this claim is for a community debt**         similar debts
                                                               ☐ Other. Specify
          **Is the claim subject to offset?**

          ☑ No
          ☐ Yes

---

**4.22**    Onemain Financial                                    Last 4 digits of account number  **2891**                    **$0.00**
          Nonpriority Creditor's Name                          **When was the debt incurred?**    **07/02/2009**

          **Attn: Bankruptcy**                                 **As of the date you file, the claim is:** Check all that apply.

          **PO Box 3251**                                      ☐ Contingent
          Number        Street                                 ☐ Unliquidated
          **Evansville, IN 47731**                             ☐ Disputed
          City            State    ZIP Code

          **Who incurred the debt?** Check one.                **Type of NONPRIORITY unsecured claim:**

          ☑ Debtor 1 only                                      ☐ Student loans
          ☐ Debtor 2 only                                      ☐ Obligations arising out of a separation agreement or
          ☐ Debtor 1 and Debtor 2 only                             divorce that you did not report as priority claims
          ☐ At least one of the debtors and another           ☐ Debts to pension or profit-sharing plans, and other
          ☐ **Check if this claim is for a community debt**         similar debts
                                                               ☐ Other. Specify
          **Is the claim subject to offset?**

          ☑ No
          ☐ Yes

---

**4.23**    Profit Services Group                                Last 4 digits of account number  **8805**                    **$0.00**
          Nonpriority Creditor's Name                          **When was the debt incurred?**    **07/01/2014**

          **PO Box 61295**                                     **As of the date you file, the claim is:** Check all that apply.
          Number        Street
          **Savannah, GA 31420**                               ☐ Contingent
          City            State    ZIP Code                    ☐ Unliquidated
                                                               ☐ Disputed
          **Who incurred the debt?** Check one.
                                                               **Type of NONPRIORITY unsecured claim:**
          ☑ Debtor 1 only
          ☐ Debtor 2 only                                      ☐ Student loans
          ☐ Debtor 1 and Debtor 2 only                         ☐ Obligations arising out of a separation agreement or
          ☐ At least one of the debtors and another               divorce that you did not report as priority claims
          ☐ **Check if this claim is for a community debt**    ☐ Debts to pension or profit-sharing plans, and other
                                                                   similar debts
          **Is the claim subject to offset?**                  ☐ Other. Specify

          ☑ No
          ☐ Yes

---

Debtor 1    **Eric**                    **Orr**                    Case number *(if known)* **6:17-bk-07290**
_____    First Name    Middle Name    Last Name

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.24**

**Smothers, Scott**
Nonpriority Creditor's Name

**175 E Main St Ste 111**
Number    Street

**Apopka, FL 32703-3213**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**Total claim: unknown**

---

**4.25**

**Springleaf Financial**
Nonpriority Creditor's Name

**3365 Cypress Mill Rd Unit 2**
Number    Street

**Brunswick, GA 31520**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **1186**

**When was the debt incurred?** **01/08/2013**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

**Total claim: $0.00**

---

**4.27**

**Volkswagen Credit, Inc**
Nonpriority Creditor's Name

**PO Box 3**
Number    Street

**Hillsboro, OR 97123-0003**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **8242**

**When was the debt incurred?** **04/01/2013**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

**Total claim: $0.00**

---

| Debtor 1 | Eric | | Orr | | Case number *(if known)* **6:17-bk-07290** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

**4.28**

**World Finance Corp**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**7530 Whitehorse Rd Ste E**
Number          Street

**Greenville, SC 29611**
City                    State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  **1501**

When was the debt incurred?    **01/01/2012**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

**$0.00**

| Debtor 1 | Eric | | Orr | | Case number *(if known)* 6:17-bk-07290 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $0.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $80,047.80 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $80,047.80 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | | **Orr** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | First Name | Middle Name | Last Name |
| (Spouse, if filing) | | | |
| United States Bankruptcy Court for the: | | | **Middle District of Florida** |
| Case number | 6:17-bk-07290 | | |
| (if known) | | | |

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

    ☑ No. Go to line 2.

    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No

        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

    Do not list Debtor 1 and Debtor 2.

    Do not state the dependents' names.

    ☐ No

    ☑ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 17 | ☐ No. ☑ Yes. |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

    ☑ No

    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $1,600.00 |
| | If not included in line 4: | |
| | 4a. Real estate taxes | 4a. $0.00 |
| | 4b. Property, homeowner's, or renter's insurance | 4b. $35.00 |
| | 4c. Home maintenance, repair, and upkeep expenses | 4c. $45.00 |
| | 4d. Homeowner's association or condominium dues | 4d. $0.00 |

| | | Your expenses |
|---|---|---:|

5. **Additional mortgage payments for your residence,** such as home equity loans — 5. _____

6. **Utilities:**

   6a. Electricity, heat, natural gas — 6a. $225.00

   6b. Water, sewer, garbage collection — 6b. $60.00

   6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $135.00

   6d. Other. Specify: _____ — 6d. $0.00

7. **Food and housekeeping supplies** — 7. $400.00

8. **Childcare and children's education costs** — 8. $517.00

9. **Clothing, laundry, and dry cleaning** — 9. $35.00

10. **Personal care products and services** — 10. $25.00

11. **Medical and dental expenses** — 11. $0.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments. — 12. $400.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $125.00

14. **Charitable contributions and religious donations** — 14. $500.00

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a. Life insurance — 15a. $90.00

   15b. Health insurance — 15b. $0.00

   15c. Vehicle insurance — 15c. $187.00

   15d. Other insurance. Specify: _____ — 15d. $0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____ — 16. $0.00

17. **Installment or lease payments:**

   17a. Car payments for Vehicle 1 — 17a. $599.00

   17b. Car payments for Vehicle 2 — 17b. _____

   17c. Other. Specify: _____ — 17c. _____

   17d. Other. Specify: _____ — 17d. _____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted
from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** — 18. $900.00

19. **Other payments you make to support others who do not live with you.**
Specify: _____ — 19. $0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

   20a. Mortgages on other property — 20a. $0.00

   20b. Real estate taxes — 20b. $0.00

   20c. Property, homeowner's, or renter's insurance — 20c. $0.00

   20d. Maintenance, repair, and upkeep expenses — 20d. $0.00

   20e. Homeowner's association or condominium dues — 20e. $0.00

| | | |
|---|---|---|
| 21. | **Other.** Specify: _____ Bank Fees _____ | 21.   **+**    $120.00 |

22. **Calculate your monthly expenses.**

     22a. Add lines 4 through 21.      22a.    $5,998.00

     22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2      22b.    $0.00

     22c. Add line 22a and 22b. The result is your monthly expenses.      22c.    $5,998.00

23. **Calculate your monthly net income.**

     23a. Copy line 12 (your combined monthly income) from *Schedule I.*      23a.    $6,140.43

     23b. Copy your monthly expenses from line 22c above.      23b.   **–**    $5,998.00

     23c. Subtract your monthly expenses from your monthly income.
          The result is your *monthly net income.*      23c.    $142.43

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☑ No.
     ☐ Yes.      None

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | | **Orr** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | First Name | Middle Name | Last Name |
| (Spouse, if filing) | | | |
| United States Bankruptcy Court for the: | | **Middle District of Florida** | |
| Case number | 6:17-bk-07290 | | |
| (if known) | | | |

☑ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

| | Your assets |
|---|---|
| | Value of what you own |
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*.................................................... | $80,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.......................................... | $10,250.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*................................................... | $90,250.00 |

### Part 2: Summarize Your Liabilities

| | Your liabilities |
|---|---|
| | Amount you owe |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $318,645.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................... | + $80,047.80 |
| **Your total liabilities** | $398,692.80 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*............................................................. | $6,140.43 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*................................................................. | $5,998.00 |

| Debtor 1 | Eric | | Orr | Case number *(if known)* 6:17-bk-07290 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 4:   Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

_____

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | | **Orr** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | First Name | Middle Name | Last Name |
| (Spouse, if filing) | | | |
| United States Bankruptcy Court for the: | | | **Middle District of Florida** |
| Case number (if known) | 6:17-bk-07290 | | |

☑ Check if this is an amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ . Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaraion and that they are true and correct.**

X /s/ Eric Orr
Eric Orr, Debtor 1

X _____

Date 12/19/2017
MM/ DD/ YYYY

Date _____
MM/ DD/ YYYY

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Eric** | **Orr** |
| | First Name | Middle Name | Last Name |

| | | |
|---|---|---|
| Debtor 2 | First Name | Middle Name | Last Name |
| (Spouse, if filing) | | |

United States Bankruptcy Court for the: **Middle District of Florida**

Case number 6:17-bk-07290
(if known)

☑ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married
☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 17336 Promenade Dr | From Nov 01, 2014 | | From _____ |
| Number  Street | To Mar 01, 2017 | Number  Street | To _____ |
| Clermont, FL 34711-5948 | | | |
| City  State  ZIP Code | | City  State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From _____ | | From _____ |
| Number  Street | To _____ | Number  Street | To _____ |
| | | | |
| City  State  ZIP Code | | City  State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2:   Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** <br> Check all that apply. | **Gross Income** <br> (before deductions and exclusions) | **Sources of income** <br> Check all that apply. | **Gross Income** <br> (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $30,692.34 | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | |
| **For last calendar year:** <br> (January 1 to December 31, 2016 ) <br> YYYY | ☑ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $25,665.00 | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | |
| **For the calendar year before that:** <br> (January 1 to December 31, 2015 ) <br> YYYY | ☑ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $65,263.00 | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** <br> Describe below. | **Gross income from each source** <br> (before deductions and exclusions) | **Sources of income** <br> Describe below. | **Gross Income from each csoure** <br> (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Pension <br> Rental Income | $52,836.00 <br> $5,770.00 | | |
| **For last calendar year:** <br> (January 1 to December 31, 2016 ) <br> YYYY | Pension <br> IRA Distribution <br> Rental Income | $66,017.00 <br> $30,820.00 <br> $5,770.00 | | |
| **For the calendar year before that:** <br> (January 1 to December 31, 2015 ) <br> YYYY | Pension <br> IRA Distribution <br> Rental Income | $37,178.00 <br> $126,212.00 <br> $7,683.00 | | |

**Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ **No.**   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ **Yes.**   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| Volkswagen Credit, Inc<br>Creditor's Name<br><br>PO Box 3<br>Number   Street<br><br>Hillsboro, OR 97123-0003<br>City   State   ZIP Code | 10/30/2017<br><br>09/30/2017<br><br>08/30/2017 | $1,797.00 | $8,500.00 | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Ocwen Loan Servicing, LLC<br>Creditor's Name<br><br>PO Box 24738<br>Number   Street<br><br>West Palm Beach, FL 33416<br>City   State   ZIP Code | 10/30/2017<br><br>09/30/2017<br><br>08/30/2017 | $1,797.00 | $78,805.00 | ☑ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

Insider's Name

Number    Street

City                State    ZIP Code

Insider's Name

Number    Street

City                State    ZIP Code

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number    Street | | | | |
| City        State    ZIP Code | | | | |
| Insider's Name | | | | |
| Number    Street | | | | |
| City        State    ZIP Code | | | | |

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: Jeremy Bowman v. Eric Orr and Four Principles, LLC | Civil | Orange County *(Court Name)*<br>425 N Orange Ave *(Number Street)*<br>Orlando, FL 32801-1515 *(City State ZIP Code)* | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number: 2015-CA-001836-O | | | |
| Case title: Black Business Investment Fund of Central Florida, Inc. v. Fourt Principles, LLC, et al. | Civil | Orange County *(Court Name)*<br>425 N Orange Ave *(Number Street)*<br>Orlando, FL 32801-1515 *(City State ZIP Code)* | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number: 2015-CA-010587-O | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Audi Finance<br>*Creditor's Name*<br><br>Po Box 5215<br>*Number Street*<br><br>Carol Stream, IL 60197-5215<br>*City State ZIP Code* | Vehicle<br><br>**Explain what happened**<br>☑ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | 09/2016 | $12,000.00 |

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| *Creditor's Name*<br><br>*Number Street*<br><br>*City State ZIP Code* | **Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

First Name      Middle Name      Last Name

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| Number   Street | | | |
| | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City    State    ZIP Code | | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

**Part 5:**   List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | |
| Number   Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | |
| Number   Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | _____ | _____ |
| Charity's Name | | _____ | _____ |
| | | | |
| Number      Street | | | |
| | | | |
| City          State      ZIP Code | | | |

## Part 6:  List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss  Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | _____ |

## Part 7:  List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| 001 DebtorCC, Inc.  Person Who Was Paid | Credit counseling | 11/20/2017 | $14.95 |
| 378 Summit Ave  Number      Street | | _____ | _____ |
| Jersey City, NJ 07306-3110  City          State      ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Person Who Was Paid

Number     Street

City          State    ZIP Code

Email or website address

Person Who Made the Payment, if Not You

---

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Person Who Was Paid

Number     Street

City          State    ZIP Code

---

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

Person Who Received Transfer

Number     Street

City          State    ZIP Code

Person's relationship to you _____

_____
Person Who Received Transfer

_____
Number      Street

_____

_____
City        State    ZIP Code

Person's relationship to you _____

**19.** Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices.*)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

**Part 8:**   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20.** Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____<br>**Name of Financial Institution**<br><br>_____<br>**Number**    **Street**<br><br>_____<br><br>_____<br>**City**    **State**    **ZIP Code** | XXXX– ___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | _____ |
| _____<br>**Name of Financial Institution**<br><br>_____<br>**Number**    **Street**<br><br>_____<br><br>_____<br>**City**    **State**    **ZIP Code** | XXXX– ___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | _____ |

**21.** Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Financial Institution** | **Name** | | ☐ No<br>☐ Yes |
| **Number**   **Street** | **Number**   **Street** | | |
| **City**   **State**   **ZIP Code** | **City**   **State**   **ZIP Code** | | |

**22.** Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Storage Facility** | **Name** | | ☐ No<br>☐ Yes |
| **Number**   **Street** | **Number**   **Street** | | |
| **City**   **State**   **ZIP Code** | **City**   **State**   **ZIP Code** | | |

### Part 9: Identify Property You Hold or Control for Someone Else

**23.** Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Owner's Name** | **Number**   **Street** | | |
| **Number**   **Street** | **City**   **State**   **ZIP Code** | | |
| **City**   **State**   **ZIP Code** | | | |

### Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____<br>**Name of site** | _____<br>Governmental unit | | _____ |
| _____<br>**Number** **Street** | _____<br>Number **Street** | | |
| _____<br>| _____<br>City **State** **ZIP Code** | |
| **City** **State** **ZIP Code** | | | |

25. Have you notified any governmental unit of any release of hazardous material?

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____<br>**Name of site** | _____<br>Governmental unit | | _____ |
| _____<br>**Number** **Street** | _____<br>Number **Street** | | |
| _____<br>| _____<br>City **State** **ZIP Code** | |
| **City** **State** **ZIP Code** | | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| **Case title** _____ | _____<br>Court Name | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| _____ | _____<br>Number **Street** | | |
| **Case number** _____ | _____<br>City **State** **ZIP Code** | | |

## Part 11: Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

First Name     Middle Name     Last Name

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Name** Four Principles, LLC | | EIN: 4 6 – 3 5 3 3 3 9 8 |
| **Number Street** 3113 Willie Mays Pkwy | **Name of accountant or bookkeeper** | **Dates business existed** |
| | | From Sep 01, 2013 To Sep 23, 2016 |
| **City State ZIP Code** Orlando, FL 32811-5531 | | |
| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| **Name** | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| **Number Street** | **Name of accountant or bookkeeper** | **Dates business existed** |
| | | From _____ To _____ |
| **City State ZIP Code** | | |
| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| **Name** | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| **Number Street** | **Name of accountant or bookkeeper** | **Dates business existed** |
| | | From _____ To _____ |
| **City State ZIP Code** | | |

**28.** Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No
☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| **Name** | **MM / DD / YYYY** |
| **Number Street** | |
| **City State ZIP Code** | |

---

**Part 12:** Sign Below

---

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X ____ /s/ Eric Orr _____      X _____
Signature of Debtor 1               Signature of Debtor 2

Date 12/19/2017            Date _____

Case 6:17-bk-07290-CCJ    Doc 10    Filed 12/19/17    Page 42 of 42

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____.    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).